FILE COPY

**IN THE SUPREME COURT OF TEXAS**

-- -- -- --

NO. 14-1084

WOODY K. LESIKAR,
INDIVIDUALLY AND AS TRUSTEE
OF THE WOODY K. LESIKAR
SPECIAL TRUST AND AS TRUSTEE §
OF THE WOODROW V. LESIKAR §
FAMILY TRUST §
v. §
CAROLYN ANN LESIKAR MOON, §
INDIVIDUALLY AND AS TRUSTEE §
OF THE CAROLYN ANN LESIKAR
MOON SPECIAL TRUST

Harris County,

1st District.

**March 27, 2015**

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

(Justice Eva M. Guzman not sitting)

★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner, WOODY K. LESIKAR, INDIVIDUALLY AND AS TRUSTEE OF THE WOODY K. LESIKAR SPECIAL TRUST AND AS TRUSTEE OF THE WOODROW V. LESIKAR FAMILY TRUST, pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 8th day of May, 2015.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk